IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

KELLI S. BARNES and
CHRISTOPHER C. SMITH,
ADMINISTRATORS OF THE ESTATE
OF GARRETT SMITH, DECEASED,

Civil Case No. 7:22-cv-00045-D

Plaintiffs,

vs.

FERSTER ELECTRIC, LLC,

Defendant.

## ENTRY OF DEFAULT AGAINST
## DEFENDANT FERSTER ELECTRIC, LLC

THIS CAUSE having come before the undersigned Clerk of Court on Plaintiffs Kelli S. Barnes and Christopher C. Smith, Administrators of the Estate of Garrett Smith, ("Plaintiffs"), Motion for Entry of Default, and having reviewed the record herein, the undersigned finds that:

1. Plaintiffs filed their Complaint herein on March 18, 2022 (DE #1).

2. On March 24, 2022, Matthew Ferster as registered agent for Defendant Ferster Electric, LLC signed the Waiver of Service of Summons (the "Waiver"), and the Waiver was filed herein on March 29, 2022 (DE #12).

3. Pursuant to the Waiver, Defendant's deadline for filing and serving an answer or motion under Rule 12, **May 23, 2022**, has expired.

THEREFORE, default is hereby entered against Defendant Ferster Electric, LLC.

This the 22 day of July, 2022.

*/s/ Peter A. Moore*
Peter A. Moore, Jr., Clerk
U.S. District Court for the Eastern District of North Carolina

2

Case 7:22-cv-00045-D   Document 19   Filed 07/22/22   Page 2 of 2